IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ARTURO DeLEON-REYES, | ) | |
| | ) | |
| Plaintiff, | ) | 1:18-CV-1028 |
| | ) | |
| v. | ) | Hon. Steven C. Seeger |
| | ) | |
| REYNALDO GUEVARA, et al., | ) | Magistrate Sunil R. Harjani |
| | ) | |
| Defendants. | ) | |
| | ) | |

| | | |
|---|---|---|
| GABRIEL SOLACHE, | ) | |
| | ) | |
| Plaintiff, | ) | 1:18-CV-2312 |
| | ) | |
| v. | ) | Hon. Steven C. Seeger |
| | ) | |
| CITY OF CHICAGO, *et al.*, | ) | Magistrate Sunil R. Harjani |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANT CITY OF CHICAGO'S MOTION FOR LEAVE TO FILE A RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO CITE SUPPLEMENTAL AUTHORITY**

Defendant, City of Chicago ("City"), by and through its undersigned attorneys, hereby moves this Honorable Court for leave to file a Response to Plaintiffs' Motion For Leave to Cite Supplemental Authority in Support of Their Response to the City of Chicago's Rule 72 Objections. Dkt. 356. In support thereof, the City states:

1. On August 10, 2020, Plaintiffs filed a Motion for Leave to Cite Supplemental Authority in Support of Their Response to the City of Chicago's Rule 72 Objections ("Plaintiffs' Motion"). *Reyes,* at Dkt. 356, *Solache,* at Dkt. 248..

2. The City did not object to Plaintiffs' request, and the Court granted Plaintiffs Motion the same day. *Reyes,* at Dkt. 358, *Solache,* at Dkt. 250.

3. The City now seeks leave to file a short response in order to address the purported relevance of the supplemental authority cited by Plaintiffs.

4. The City recognizes that this Court's time is valuable and does not wish to unnecessarily burden it with lengthy pleadings. As such, the City's Response is 4 pages, and is attached as Exhibit A.

WHEREFORE, Defendant City of Chicago respectfully requests this Honorable Court grant it leave to file a Response to Plaintiffs' Motion For Leave to Cite Supplemental Authority in Support of Their Response to the City of Chicago's Rule 72 Objections and for any other relief as this Court deems just and reasonable.

Dated: September 3, 2020

Respectfully Submitted,

MARK A. FLESSNER
Corporation Counsel of the City of Chicago

By: /s/ Eileen E. Rosen

*Special Assistant Corporation Counsel
for Defendant City of Chicago*

Eileen E. Rosen
Catherine M. Barber
Theresa Berousek Carney
Austin G. Rahe
ROCK FUSCO & CONNELLY, LLC
321 N. Clark Street, Suite 2200
Chicago, IL 60654
(312) 494-1000
erosen@rfclaw.com