IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ARTURO DeLEON-REYES, | ) | |
| | ) | |
| Plaintiff, | ) | 1:18 Civ. 1028 |
| | ) | |
| v. | ) | Hon. Steven C. Seeger |
| | ) | |
| REYNALDO GUEVARA, et al., | ) | Magistrate Sunil R. Harjani |
| | ) | |
| Defendants. | ) | |
| | ) | |

| | | |
|---|---|---|
| GABRIEL SOLACHE, | ) | |
| | ) | |
| Plaintiff, | ) | 1:18 Civ. 2312 |
| | ) | |
| v. | ) | Hon. Steven C. Seeger |
| | ) | |
| CITY OF CHICAGO, *et al.*, | ) | Magistrate Sunil R. Harjani |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANT CITY OF CHICAGO'S MOTION FOR ADDITIONAL TIME TO CONDUCT THE DEPOSITIONS OF PLAINTIFF GABRIEL SOLACHE, ERIC SUSSMAN, AND FOR ADDITIONAL TIME TO FILE ITS REPLY BRIEF**

Defendant City of Chicago (the "City"), by and through its undersigned attorneys, hereby moves this Honorable Court for addition time to conduct the depositions of Plaintiff Gabriel Solache, former Cook County prosecutor Eric Sussman, and for additional time to file its reply brief in support of its Motion for Protective Order to Prevent Undue Strain on Resources of Public Entities for Speculative *Monell* Discovery (*Reyes*, Dkt. 503; *Solache*, Dkt. 355), and, in support, state:

1. Defendant City of Chicago seeks additional time to conduct the depositions Plaintiff Gabriel Solache and Eric Sussman, and for additional time to file its Reply brief in support

of its Motion for Protective Order to Prevent Undue Strain on Resources of Public Entities for Speculative *Monell* Discovery because of a death in the family of the City's lead counsel. Unfortunately, Ms. Rosen's father passed away on the evening of September 27, 2021.

2. The parties had previously scheduled Mr. Sussman's deposition for September 28, 2021 and confirmed this date with the Court. *See Reyes*, Dkt. 474. Due to Ms. Rosen's father's failing health over the weekend, and the fact that Ms. Rosen had been preparing for the deposition and planned to take the lead for defense counsel, Mr. Sussman's deposition could not proceed as scheduled. Plaintiffs did not object to the City canceling the deposition and do not object to rescheduling it.

3. The parties had also scheduled Plaintiff Solache's deposition to occur on three days the week of October 4, 2021 in Mexico, where Mr. Solache resides. Ms. Rosen was also preparing for that deposition and planned to take the lead for the defendants, as Ms. Rosen had previously taken the lead for the deposition of Plaintiff Reyes. Because of her father's passing and the schedule of the upcoming services, Mr. Rosen is no longer able to travel to Mexico next week to conduct the deposition. Indeed, the services will likely occur after the date Ms. Rosen was set to fly to Mexico. Neither Plaintiff in this case objects to rescheduling Mr. Solache's deposition.

4. Finally, this Court previously ordered the City to file its reply brief in support of its Motion for Protective Order pertaining to *Monell* discovery in this case by October 4, 2021. *See Reyes*, Dkt. 474. Again, because of the death in Ms. Rosen's family, the City requests additional time to file its reply brief. The City requests until October 15, 2021 to file its reply. Plaintiffs also have no objection to this request.

5. The City recognizes the importance of completing these matters. It does not seek to create unnecessary delay, and this request for additional time will not prejudice any party.

WHEREFORE, Defendant City of Chicago respectfully requests this Court grant the parties additional time to conduct the depositions of Plaintiff Solache, Eric Sussman, and for additional time to file its reply to its Motion for Protective Order to Prevent Undue Strain on Resources of Public Entities for Speculative *Monell* Discovery.

Dated: September 28, 2021

Respectfully submitted,

CELIA MEZA

Acting Corporation Counsel for the City of Chicago

By: \_\_/s/ *Catherine M. Barber*\_\_
One of its attorneys

Eileen E. Rosen
Catherine M. Barber
Theresa Berousek Carney
Austin G. Rahe
Special Assistant Corporation Counsel
Rock Fusco & Connelly, LLC
321 N. Clark Street, Suite 2200
Chicago, Illinois 60654
312.494.1000
cbarber@rfclaw.com