**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ARTURO DeLEON-REYES, | ) | |
| | ) | |
| Plaintiff, | ) | 1:18 Civ. 1028 |
| | ) | |
| v. | ) | Hon. Steven C. Seeger |
| | ) | District Judge |
| REYNALDO GUEVARA, et al., | ) | |
| | ) | Magistrate Sunil R. Harjani |
| Defendants. | ) | |
| | ) | |

| | | |
|---|---|---|
| GABRIEL SOLACHE, | ) | |
| | ) | |
| Plaintiff, | ) | 1:18 Civ. 2312 |
| | ) | |
| v. | ) | Hon. Steven C. Seeger |
| | ) | District Judge |
| CITY OF CHICAGO, *et al.*, | ) | |
| | ) | Magistrate Sunil R. Harjani |
| Defendants. | ) | |
| | ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR AN EXTENSION TO
DISCLOSE REBUTTAL EXPERT REPORTS**

Plaintiffs Arturo DeLeon Reyes and Gabriel Solache, by and through their undersigned attorneys, respectfully move for an extension to disclose rebuttal expert reports from January 16, 2023 to January 31, 2023, stating as follows:

1. Plaintiffs' rebuttal reports are currently due on January 16, 2023.

2. Plaintiffs have been working diligently with their experts to complete their rebuttal expert reports. However, because of challenges in finding mutually available dates to conduct the depositions of Defendants' experts, those depositions

are still ongoing. Indeed, two of those depositions were completed in the last week, and two others are scheduled for January 24 and January 31, 2023.

3.       In order to ensure Plaintiffs' experts have the opportunity to consider that deposition testimony in preparing their rebuttal reports,[1] and in light of counsel's other professional commitments, Plaintiffs seek a 15-day extension of their rebuttal disclosure deadline.

4.       Defendants do not oppose Plaintiffs' request.

WHEREFORE, Plaintiffs respectfully request this Court grant their Unopposed Motion for an Extension to Disclose Rebuttal Reports, from January 16 to January 31, 2023.


Dated: January 13, 2023                              Respectfully submitted,


/s/ Anand Swaminathan                    s/Jan Susler
Jon Loevy                                Jan Susler
Anand Swaminathan                        Ben H. Elson
Steven Art                               People's Law Office
Rachel Brady                             1180 N. Milwaukee, 3rd floor
Sean Starr                               Chicago, IL 60642
Bella Aguilar                            *Attorneys for Gabriel Solache*
Loevy & Loevy
311 N. Aberdeen, 3rd floor
Chicago, IL 60607
*Attorneys for Arturo Reyes*

---

[1] The deposition of defense expert Dr. Welner is scheduled for January 31, the same day Plaintiffs have requested for disclosing their rebuttals. Dr. Welner's opinions are familiar to Plaintiffs from past wrongful conviction cases, and lawyers in Plaintiffs' firms have previously deposed him regarding similar opinions. Accordingly, Plaintiffs believe they can disclose any rebuttal without the need for additional time to obtain a transcript and review Dr. Welner's deposition testimony.

**CERTIFICATE OF SERVICE**

I, Anand Swaminathan, an attorney, certify that on January 13, 2023, I filed the foregoing motion using the Court's CM/ECF system, thereby effecting service on all counsel of record.

/s/ Anand Swaminathan
*Attorney for Plaintiff DeLeon-Reyes*