THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ARTURO DeLEON-REYES, | ) | |
| | ) | |
| Plaintiff, | ) | 1:18 Civ. 1028 |
| | ) | |
| v. | ) | Hon. Steven C. Seeger |
| | ) | |
| REYNALDO GUEVARA, et al., | ) | Magistrate Sunil R. Harjani |
| | ) | |
| Defendants. | ) | |
| | ) | |

| | | |
|---|---|---|
| GABRIEL SOLACHE, | ) | |
| | ) | |
| Plaintiff, | ) | 1:18 Civ. 2312 |
| | ) | |
| v. | ) | Hon. Steven C. Seeger |
| | ) | |
| CITY OF CHICAGO, *et al.*, | ) | Magistrate Sunil R. Harjani |
| | ) | |
| Defendants. | ) | |
| | ) | |

**EXHIBIT INDEX TO DEFENDANT CITY OF CHICAGO'S *DAUBERT* MOTION TO BAR OPINIONS OF ANTHONY W. FINNELL**

| Exhibit | Description |
|---|---|
| A | Finnell's Report in *Solache/Reyes v. City* |
| B | Deposition of Finnell, *Solache/Reyes v. City* |
| C | Deposition of Finnell, *Sierra v. City et al* |
| D | Finnell Report Attachment C - CV, *Solache/Reyes v. City* |
| E | OIR Report |
| F | South Seattle Emarald, "OIG Auditor Certified Cases Without Reviewing Evidence, Investigation Reveals", November 8, 2021 |
| G | People's Law Office website |
| H | Bureau of Justice Statistics Special Report; Citizen Complaints about Police Use of Force |

| I | National Data on Citizen Complaints About Police Use of Force: Data Quality Concerns and the Potential (Mis)Use of Statistical Evidence to Address Police Agency Conduct |
|---|---|
| J | Deposition of Knight, *Iglesias v. City* |
| K | Finnell's Rebuttal Report |