**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ARTURO DELEON-REYES,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>REYNALDO GUEVARA, et al.<br><br>　　　　　　　Defendants. | Case No. 18-CV-01028<br><br>Honorable Steven C. Seeger |
| GABRIEL SOLACHE,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>REYNALDO GUEVARA, et al.<br><br>　　　　　　　Defendants. | Case No. 18-CV-02312<br><br>Honorable Steven C. Seeger |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME
TO FILE DAUBERT MOTIONS**

Defendants, JoAnn Halvorsen as Special Representative of defendant Ernest Halvorsen (deceased), Edwin Dickinson, Robert Rutherford, Daniel Trevino, Reynaldo Guevara, and the City of Chicago, ("Defendants") by and through their undersigned attorneys, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), respectfully requests this Honorable Court extend the time for Defendants to file their remaining Daubert motions. In support of this motion, Defendants state as follows:

　　　　1.　　On November 4, 2025, this Court set a jury trial date in this matter for May 11, 2026. (*Reyes*, Dkt. 821). On that same date, this Court ordered the parties to file the proposed

pretrial order and motions *in limine* by March 20, 2026, (collectively "PTO"). (*Id*.) The final pretrial conference in this case is set for April 29, 2026. (*Id*.)

2. On March 6, 2026, Defendants filed a Motion for Leave to File Excess Pages for their anticipated motions *in limine,* and separately, up to 30 pages for Defendants remaining Daubert motions. (*Reyes*, Dkt. 849). As of the filing of this motion, the Court has not yet ruled on Defendants' motion regarding page limits for motions *in limine* and Daubert motions.

3. On March 10, 2026, Defendants filed an Agreed Motion for Extension of Time to File the Final Pretrial Order, including all motions *in limine,* (*Reyes*, Dkt. 851), requesting up to and including March 25, 2026, to file these materials. (*Reyes*, Dkt. 851). This motion also remains pending.

4. According to this Court's standing orders, Daubert motions are to be filed at least sixty (60) days prior to trial. As such, Defendants' remaining Daubert motions would be due today, March 12.[1]

5. Defendants have been diligently working on their respective motions *in limine* and Daubert motions. However, due to competing responsibilities and deadlines in both this case and other cases, as well as personal obligations, Defendants respectfully request nine (9) additional business days, up to and including March 25, 2026, to file their Daubert motions along with the PTO and motions *in limine*. (See *Reyes*, Dkt. 851).

6. This motion is not brought for any improper purpose. No prejudice will result to any party by the granting of this motion. Specifically, this request will not affect the current May 11, 2026, trial date.

---

[1] Defendants have previously filed some Daubert motions in connection with their summary judgment briefing. (See e.g. *Reyes*, Dkts. 746, 747, 748, 759, 760, 779, 780, 782).

**WHEREFORE**, for the foregoing reasons, Defendants respectfully request this Honorable Court grant Defendants an extension to of time to file their remaining Daubert motions up to and including March 25, 2026.

Dated: March 12, 2026              Respectfully submitted,

/s/ Josh M. Engquist
Josh M. Engquist
Special Assistant Corporation Counsel
*Attorneys for Defendant Joann Halvorsen as Special Representative of Ernest Halvorsen (deceased), Edwin Dickinson, Robert Rutherford, Daniel Trevino*

Josh M. Engquist
Caroline Golden
Allison L. Romelfanger
Kyle Christie
THE SOTOS LAW FIRM, P.C.
141 W. Jackson, Ste. 1240A
Chicago, IL 60604
(630) 735-3300
jengquist@jsotoslaw.com

/s/ Theresa B. Carney
Theresa B. Carney
Special Assistant Corporation Counsel
*Attorneys for Defendant the City of Chicago*

Eileen E. Rosen
Theresa Carney
Catherine Barber
ROCK FUSCO & CONNELLY, LLC.
333 West Wacker Drive, 19th Floor
Chicago, Illinois 60606
(312) 494-1000
tcarney@rfclaw.com

/s/ Timothy P. Scahill
Timothy P. Scahill
Special Assistant Corporation Counsel
*Attorneys for Defendant Reynaldo Guevara*

Timothy P. Scahill

Steven B. Borkan
Emily Schnidt
BORKAN & SCAHILL, LTD.
20 S. Clark St., Ste. 1700
Chicago, IL 60302
(312) 580-1030
tscahill@borkanscahill.com