**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| ARTURO DeLEON-REYES, | ) | |
| | ) | Case No. 18 C 1028 |
| *Plaintiff*, | ) | |
| | ) | Hon. Steven C. Seeger, |
| *v*. | ) | District Judge |
| | ) | |
| REYNALDO GUEVARA, *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |

| | | |
|---|---|---|
| GABRIEL SOLACHE, | ) | |
| | ) | Case No. 18 C 2312 |
| *Plaintiff*, | ) | |
| | ) | Hon. Steven C. Seeger, |
| *v*. | ) | District Judge |
| | ) | |
| CITY OF CHICAGO, *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |

**PLAINTIFF SOLACHE'S MOTION TO ADOPT PLAINTIFF REYES'S RESPONSES IN OPPOSITION TO DEFENDANTS' *DAUBERT* MOTIONS**

Plaintiff Gabriel Solache, by and through his undersigned counsel, respectfully moves this Court for leave to adopt Plaintiff Reyes's Responses in Opposition to Defendants' *Daubert* motions, and in support thereof states as follows:

1. Plaintiff Gabriel Solache's case, No. 18-cv-2312, has been consolidated with Plaintiff Arturo DeLeon-Reyes's case, No. 18-cv-1028, for all purposes including discovery and trial.

2. This Court has previously approved of Plaintiff Solache adopting Plaintiff Reyes's filings as his own, rather than re-filing documents on both dockets, in the interests of pragmatism and expediency.

3. In its order dated February 13, 2025, this Court granted Plaintiff Solache's motion to adopt Plaintiff Reyes's summary judgment filings, stating:

> [T]he motion at hand seeks leave to ask the Court to accept the filings on the DeLeon-Reyes docket for both cases, even though they appear on the docket of only the DeLeon-Reyes case. Plaintiff here wants to adopt those filings as his own. That pragmatic approach makes sense to the Court in the interest of expediency. The filings already include the caption for both cases, so there's little likelihood of confusion, particularly in light of this minute entry. The Court doesn't see the point in having counsel file all those materials on both dockets, when one will do the trick in this consolidated case. So the filings are deemed filed on both dockets.

Dkt. 597.

4. On April 8, 2026, Plaintiff Reyes filed the following responses in opposition to Defendants' *Daubert* motions:

- Dkt. 897, Plaintiffs' Response in Opposition to Motion to Bar Plaintiffs' Expert Thomas Tiderington;
- Dkt. 898, Plaintiffs' Response in Opposition to Motion to Bar Plaintiffs' Expert Dr. Karl Reich;
- Dkt. 899, Plaintiffs' Response in Opposition to Motion to Bar Plaintiffs' Expert Witness Dr. Richard Leo.

5. Plaintiff Solache seeks to adopt Plaintiff Reyes's responses in opposition to Defendants' *Daubert* motions, Dkts. 897-899, as his own as if they were filed on both dockets.

WHEREFORE, Plaintiff Solache respectfully requests that this Court grant leave for Solache to adopt Reyes's responses in opposition to Defendants' *Daubert* motions as set forth herein.

Dated: April 8, 2026

RESPECTFULLY SUBMITTED,

**GABRIEL SOLACHE**

By: /s/ Ben H. Elson
One of Plaintiff Solache's Attorneys

Jan Susler
Ben H. Elson
Nora Snyder
**People's Law Office**
1180 N. Milwaukee Ave.
Chicago, IL 60642
773.235.0070
ben@peopleslawoffice.com