**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| GABRIEL SOLACHE, | ) | |
| | ) | Case No. 18 C 2312 |
| *Plaintiff,* | ) | |
| | ) | Hon. Steven C. Seeger, |
| *v.* | ) | District Judge |
| | ) | |
| CITY OF CHICAGO, *et al.,* | ) | Hon. Daniel P. McLaughlin, |
| | ) | Magistrate Judge |
| *Defendants.* | ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's June 24, 2026 and June 30, 2026 Orders, Minute

Entries Dkts 724 and 725, the Parties submit the following Joint Status Report.

1. The parties have fully signed and executed a Release and Settlement

   Agreement as of May 6, 2026.

2. The City's attorneys cannot guarantee that a certain case will be presented to

   the City Council by a certain month, as that decision is made by City Council.

   The parties do not yet know when this case will go before the City Council

   Committee on Finance, which met on May 18, June 15, July 13, and which is

   next scheduled to meet on September 21. It was not possible for the Law

   Department to present this case in May, as the Law Department had already

   submitted the list of cases to the Committee on Finance for its May meeting

   before the parties executed the settlement agreement on May 6.  The process

   to get a case on any agenda starts the month before the meeting.  The Law

   Department was unable to get the Solache settlement on the June or July

1

agenda without the consolidated case of DeLeon-Reyes, which has not been finalized.

3. Assuming the DeLeon-Reyes settlement agreement is executed in August, the Law Department will attempt to get the case on the Committee's September agenda. The Committee on Finance will make the ultimate decision as to what settlements are presented at its meeting. Currently, in DeLeon-Reyes, the City is awaiting Plaintiff's signature.

4. Plaintiff proposes that the Court convene a status hearing before September 21, where the City Law Department appears and commits to present this settlement for approval to the Finance Committee and the City Council on September 21.

5. The City's attorneys object to this request. The Law Department cannot commit to present a settlement on a date certain to the Committee on Finance, which is part of a separate branch of government who determines its own agenda for presentation of settlements.

Dated: July 27, 2026                   Respectfully submitted,

/s/ Ben H. Elson
Ben H. Elson
Jan Susler
Nora Snyder
People's Law Office
1180 N. Milwaukee Ave.
Chicago, IL 60642
773.235.0070
ben@peopleslawoffice.com

*Attorneys for Plaintiff Gabriel Solache*

/s/ Eileen E. Rosen

2

Special Assistant Corporation Counsel
Eileen E. Rosen
Stacy A. Benjamin
Catherine M. Barber
Theresa B. Carney
Austin Rahe
Patrick R. Moran
Lauren Ferrise
Sabrina A. Scardamaglia
Rock Fusco & Connelly, LLC
312 N. Clark, Suite 2200
Chicago IL 60654
312.494.1000
erosen@rfclaw.com

*Attorneys for Defendant City of Chicago*