## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Gabriel Solache

                    Plaintiff,

v.                                          Case No.: 1:18–cv–02312
                                            Honorable Steven C. Seeger

City of Chicago, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 11, 2026:

        MINUTE entry before the Honorable Daniel P. McLaughlin: The Court received a finalized settlement agreement from the DeLeon–Reyes case. Accordingly, the parties are directed to file an additional status report updating the Court on status of settlement finalization and any anticipated dismissal timeline by 9/24/26. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.